Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 16−11331−MBK
    Chapter: 13
    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A Hillman
   357 Andover Place
   Robbinsville, NJ 08691

Social Security No.:
   xxx−xx−8425

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 5, 2017.

   On March 19, 2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          April 24, 2018
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 20, 2018
JAN: pbf

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia A Hillman  
    Debtor

Case No. 16-11331-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Mar 20, 2018  
                      Form ID: 185        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
```
db           +Patricia A Hillman,    357 Andover Place,    Robbinsville, NJ 08691-3439
cr           +Cenlar FSB as servicing agent for New Jersey Housi,    425 Phillips Boulevard,
               Ewing, NJ 08618-1430
cr           +New Jersey Housing and Mortgage Finance Agency c/o,    425 Phillips Boulevard,
               ATTN: BK DEPARTMENT,    Ewing, NJ 08618-1430
r            +Renee McDevitt,    53 Princeton Hightstown Rd.,    Princeton Junction, NJ 08550-1106
sp           +Robert W Pinard,    37 Robbinsville Allentown Rd.,    Ste. 500,    Robbinsville, NJ 08691-1694
516126219     CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515963727    +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
515997113     Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515963730    +Chase Auto,    600 Community Drive,    Manhasset, NY 11030-3802
515963732    +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516234439     JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
               Ft. Worth, TX 76101-2032
515990862    +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
516196661    +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    Attn: BK Department,
               425 Phillips Boulevard,    Ewing, NJ 08618-1430
515963736    +Ragan & Ragan, PC,    Brinley Plaza, Bldg One,    3100 Route 138 West,    Wall, NJ 07719-9020
516198554    +Velocity Investments LLC,    c/o JD Receivables LLC,    P.O. Box 382656,
               Germantown, TN 38183-2656
515963737    +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2018 23:13:56      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2018 23:13:53      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516069435     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2018 23:16:59
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
515963728    +E-mail/Text: bankruptcy@cavps.com Mar 20 2018 23:14:09      Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
515995638    +E-mail/Text: bankruptcy@cavps.com Mar 20 2018 23:14:10      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515963729    +E-mail/Text: kzoepfel@credit-control.com Mar 20 2018 23:13:57      Central Loan Admin & R,
               425 Phillips Blvd.,    Ewing, NJ 08618-1430
516253420     E-mail/Text: bk.notifications@jpmchase.com Mar 20 2018 23:13:44      JP Morgan Chase Bank,
               POB 29505, AZ1-1191,    Phoenix, AZ  85038-9505
515963733    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 20 2018 23:13:15      Kohls/capone,
               Po Box 3115,    Milwaukee, WI 53201-3115
515963734    +E-mail/Text: bk@lendingclub.com Mar 20 2018 23:14:21      Lending Club Corp,
               71 Stevenson Pl. Ste # 300,    San Francisco, CA 94105-2985
515963735    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2018 23:13:52      Midland Funding,
               2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515963731      Chase Auto
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Mar 20, 2018
                              Form ID: 185               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Cenlar FSB as servicing agent for New Jersey Housing
               and Mortgage Finance Agency dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency c/o
               Cenlar FSB dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Debtor Patricia A Hillman scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
                                                                                             TOTAL: 6
```