UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E. Kaplan, LLC
5 South Main Street, PO Box 157
Allentown, NJ 08501
609-259-1112
Attorney for Debtor

**Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Patricia A. Hillman,
                              Debtor.

Case No.:    16-11331

Chapter:    13

Judge:    MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following page is **ORDERED**.

**DATED: May 8, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Kaplan_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____14.00_____ for a total of $_____814.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia A Hillman  
        Debtor

Case No. 16-11331-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 08, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.  
db          +Patricia A Hillman,   357 Andover Place,   Robbinsville, NJ 08691-3439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Robert P. Saltzman    on behalf of Creditor   Cenlar FSB as servicing agent for New Jersey Housing and Mortgage Finance Agency dnj@pbslaw.org  
       Robert P. Saltzman    on behalf of Creditor   New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB dnj@pbslaw.org  
       Scott E. Kaplan    on behalf of Debtor Patricia A Hillman scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com  
                                                                                           TOTAL: 6