Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.:  16−11331−MBK  
Chapter:  13  
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A Hillman  
   357 Andover Place  
   Robbinsville, NJ 08691

Social Security No.:  
   xxx−xx−8425

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/18 at 09:00 AM

to consider and act upon the following:

**91** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/24/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 7/23/18

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court