Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−11331−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patricia A Hillman
    357 Andover Place
    Robbinsville, NJ 08691
Social Security No.:
    xxx−xx−8425
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/18 at 09:00 AM

to consider and act upon the following:

*91* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/24/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/23/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-11331-MBK
Patricia A Hillman                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jul 23, 2018
                             Form ID: ntchrgbk       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db            +Patricia A Hillman,   357 Andover Place,   Robbinsville, NJ 08691-3439
cr            +Cenlar FSB as servicing agent for New Jersey Housi,   425 Phillips Boulevard,
               Ewing, NJ 08618-1430
cr             New Jersey Housing and Mortgage Finance Agency c/o,   425 Phillips Boulevard,
               ATTN: BK DEPARTMENT,   Ewing, NJ 08618-1430
r             +Renee McDevitt,   53 Princeton Hightstown Rd.,   Princeton Junction, NJ 08550-1106
sp            +Robert W Pinard,   37 Robbinsville Allentown Rd.,   Ste. 500,   Robbinsville, NJ 08691-1694

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Cenlar FSB as servicing agent for New Jersey Housing
               and Mortgage Finance Agency dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency c/o
               Cenlar FSB dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Debtor Patricia A Hillman scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
                                                                                        TOTAL: 6