Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                        Case No.: 16−11331−MBK
                                        Chapter: 13
                                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A Hillman
   357 Andover Place
   Robbinsville, NJ 08691

Social Security No.:
   xxx−xx−8425

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 12, 2018
JAN: bwj

                                                                                  Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-11331-MBK
Patricia A Hillman                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2                Date Rcvd: Dec 12, 2018
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
```
db              +Patricia A Hillman,    357 Andover Place,    Robbinsville, NJ 08691-3439
cr              +Cenlar FSB as servicing agent for New Jersey Housi,    425 Phillips Boulevard,
                  Ewing, NJ 08618-1430
cr              +New Jersey Housing and Mortgage Finance Agency c/o,    425 Phillips Boulevard,
                  ATTN: BK DEPARTMENT,    Ewing, NJ 08618-1430
r               +Renee McDevitt,    53 Princeton Hightstown Rd.,    Princeton Junction, NJ 08550-1106
sp              +Robert W Pinard,    37 Robbinsville Allentown Rd.,    Ste. 500,    Robbinsville, NJ 08691-1694
515963730       +Chase Auto,    600 Community Drive,    Manhasset, NY 11030-3802
516234439        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
516196661       +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    Attn: BK Department,
                  425 Phillips Boulevard,    Ewing, NJ 08618-1430
515963736       +Ragan & Ragan, PC,    Brinley Plaza, Bldg One,    3100 Route 138 West,    Wall, NJ 07719-9020
516198554       +Velocity Investments LLC,    c/o JD Receivables LLC,    P.O. Box 382656,
                  Germantown, TN 38183-2656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:55      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:53      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516069435        EDI: AIS.COM Dec 13 2018 05:28:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
516126219        EDI: BL-BECKET.COM Dec 13 2018 05:30:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                  PO BOX 3001,    MALVERN, PA 19355-0701
515963727       +EDI: CAPITALONE.COM Dec 13 2018 05:30:00      Cap One Na,    Po Box 26625,
                  Richmond, VA 23261-6625
515997113        EDI: CAPITALONE.COM Dec 13 2018 05:30:00      Capital One, N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
515963728       +E-mail/Text: bankruptcy@cavps.com Dec 13 2018 00:52:12      Cavalry Portfolio Serv,
                  Po Box 27288,    Tempe, AZ 85285-7288
515995638       +E-mail/Text: bankruptcy@cavps.com Dec 13 2018 00:52:13      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515963729       +E-mail/Text: kzoepfel@credit-control.com Dec 13 2018 00:51:57      Central Loan Admin & R,
                  425 Phillips Blvd.,    Ewing, NJ 08618-1430
515963732       +EDI: IIC9.COM Dec 13 2018 05:30:00      I C System Inc,    Po Box 64378,
                  Saint Paul, MN 55164-0378
516253420        EDI: CAUT.COM Dec 13 2018 05:28:00      JP Morgan Chase Bank,    POB 29505, AZ1-1191,
                  Phoenix, AZ  85038-9505
515963733       +EDI: CBSKOHLS.COM Dec 13 2018 05:29:00      Kohls/capone,    Po Box 3115,
                  Milwaukee, WI 53201-3115
515963734       +E-mail/Text: bk@lendingclub.com Dec 13 2018 00:52:22      Lending Club Corp,
                  71 Stevenson Pl. Ste # 300,    San Francisco, CA 94105-2985
515990862        EDI: MID8.COM Dec 13 2018 05:29:00      Midland Credit Management, Inc. as agent for,
                  MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
515963735       +EDI: MID8.COM Dec 13 2018 05:29:00      Midland Funding,    2365 Northside Dr Ste 30,
                  San Diego, CA 92108-2709
515963737       +EDI: VERIZONCOMB.COM Dec 13 2018 05:18:00      Verizon Wireless,    Po Box 49,
                  Lakeland, FL 33802-0049
                                                                                                TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515963731         Chase Auto
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2           Date Rcvd: Dec 12, 2018
                              Form ID: 148              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Cenlar FSB as servicing agent for New Jersey Housing
               and Mortgage Finance Agency dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency c/o
               Cenlar FSB dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Debtor Patricia A Hillman scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
                                                                                               TOTAL: 6
```